IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Dec 6, 2019

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff | )<br>)<br>) |
| v. | )　No. 19-6139<br>) |
| LINDA MARIE MCNERLIN,<br>　　　　　　　　Defendant | )<br>)<br>) |

## COMPLAINT

Comes now the United States of America, and for its cause of action against the Defendant, Linda Marie McNerlin, states:

1. This is an action brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et. seq., and the Court has jurisdiction of this action pursuant to 28 U.S.C. § 1345.

2. The defendant resides in Hot Springs County within the Western District of Arkansas.

3. The defendant did knowingly convert to her own use, $85,702.70 belonging to the Social Security Administration, an agency of the United States of America.

WHEREFORE, plaintiff, United States of America, requests this Court to:

　　a.　Enter judgment against the defendant, in the sum of $85,702.70 plus interest until paid and costs of this suit, and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923.

　　b.　Grant such other and further relief as is just and proper.

DUANE DAK KEES
UNITED STATES ATTORNEY


By: *Candace L. Taylor*
    Candace L. Taylor
Assistant U. S. Attorney
Ark. Bar Number 98083
414 Parker Avenue
Ft. Smith, AR 72901
Phone: (479) 783-5125
Fax: (479) 441-0569
Email: candace.taylor@usdoj.gov